Utah Highway Patrol

**Seized Evidence Receipt**

Officer: **Bender, Travis**
Property Owner: **Little, Martin Davis**
Address: **312 State St Camden , NJ**

Case: [illegible]
Incident:

Little, Martin Davis, you are hereby notified on 05/25/2025 that the following items have been seized by officers of the Utah Highway Patrol. These items will be held in safekeeping until such time as their evidentiary value can be determined by an applicable court of law.

**Property Type: Cellular Phone**
E5391537
1 of 1

Make: **Iphone**
Model:
Value:
Collected: **05/25/2025 04:30**
Location Found: **center console**
Locker:
Description: **red iphone in red case**

Serial Number:
Status: **Evidence**
Bag: **1**

Property Owner Signature:

ID #:

# NOTICE TO APPEAR IN COURT

## IN THE THIRD DISTRICT COURT IN AND FOR SUMMIT COUNTY

6300 Justice Center Road
PARK CITY, UTAH 84098
(435) 615-4300

THE STATE OF UTAH,
VS.

NAME: Martin Little
DOB: 04/16/1985
PHONE #: (440)902-1910
NAME #: 377867
OTN/CASE #: 62799325/ 25-U00244

MAILING ADDRESS: 312 State St
CITY: Camden
STATE: NJ
ZIP: 08102
EMAIL: mlittlejr@icloud.com

You are here notified to appear in the Summit County Third District Court in Park City, Utah on **Friday** the **20** day of **June** 2025 at **11:00 am** then and there to answer the charges that have been filed against you.

~~**Schedule at least 3 weeks out on a Friday**~~

**Failure to appear may constitute Contempt of Court, Bail Forfeiture, and/or a Warra[nt] may be issued and you may be subject to additional criminal penalties.**

Bond Company: ______ Amount: ______
Cash Bail: ______ Credit Card: ______
Posted By: ______ Phone #: ______
Address: ______

Court Conditions:
Martin Davis Little is to be released on own recognizance.
Martin Davis Davis Little is hereby ordered to be released subject to the following conditions:
Promise to appear for all required court proceedings
Promise to not commit any criminal offense

Defendant Signature: ______

**DATED this** **25** **day of** May **2025**

Deputy: Heinig 1K94 Signature: ______
Summit County Corrections Division


CHUBBY GORILLA

I asked Martin to exit the vehicle and accompany me to my patrol car. I informed him that I could smell marijuana and inquired if he had a medical marijuana card. He replied that he did not and claimed that the shipper told him the substance he was transporting was hemp. I also asked Shadaya, and she stated that she did not have a medical card either. At this point, I conducted a probable cause search of the vehicle. During the search, I found personal use marijuana scattered throughout the passenger compartment. Additionally, I discovered that the rear portion of the transit van contained cardboard boxes filled with marijuana plant material and pre-rolled marijuana cigarettes. The boxes were labeled as containing 28% to 30% THC. I placed Martin under arrest at approximately 3:04 AM and Shadaya at 3:11 AM without incident. Both Martin and Shadaya were booked into the Summit County jail. Martin for the charges of speeding, simple possession of marijuana, possession of drug paraphernalia, and possession of over 100 pounds of marijuana. Shadaya was booked on the same charges except for the speeding.

| | |
|---|---|
| Officer Name: JAMES BANKS | Badge ID: 130 |
| I am a sworn officer with: UTUHP1300 - UHP SALT LAKE CITY | |
| Arresting agency case number: 262500244 | Associated citation number: |

I declare under penalty of perjury and under the laws of the State of Utah that the foregoing is true and correct.

/s/ JAMES BANKS

SUBMISSION IDENTIFICATION INFORMATION

| | | |
|---|---|---|
| Booking agency: SUMMIT COUNTY SHERIFF | | Booking agency ORI: UT0220000 |
| Booking agency case number: 25-00616 | SID: | OTN: 62799325 |
| Booking UserID: dattridg | Booking date/time: 05/25/2025 13:23 | Submission ID: 3157641 (Version 1) |