**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDY E CIGS LLC, and DRM, INC.<br><br>Plaintiffs,<br><br>v.<br><br>RAW HOLDINGS, LLC, d/b/a FIDE FREIGHT, and TNV GROUP, LLC,<br><br>Defendants. | Case No. 1:25-cv-02265-SEB-CSW |
| RAW HOLDINGS, LLC d/b/a FIDE FREIGHT,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>INDY E CIGS LLC and DRM, INC.,<br><br>Counterclaim Defendants. | |
| RAW HOLDINGS, LLC d/b/a FIDE FREIGHT,<br><br>Crossclaim Plaintiff,<br><br>v.<br><br>TNV GROUP, LLC,<br><br>Crossclaim Defendant. | |

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Court's January 29, 2026 Order on Case Management Plan, Plaintiffs/Counterclaim Defendants, Indy E Cigs LLC ("Indy

Cigs") and DRM, Inc. ("DRM" and collectively with Indy Cigs, the "Plaintiffs"), by counsel, submits the following preliminary witness and exhibit list.

**Witnesses**

1. Representatives of Indy Cigs, including but not limited to Shadi Koury.

2. Representatives of DRM, including but not limited to Andrew Klock.

3. Representatives of Raw Holdings, LLC d/b/a Fide Freight ("Fide Freight"), including but not limited to Zach Trumble, Zach Wilcox, Devin Benson, Matias Scott.

4. Representatives of TNV Group, LLC ("TNV"), including but not limited to Temur Nenashev.

5. Martin Little.

6. Representatives of the Utah Department of Agriculture and Food Division of Laboratory Services, including but not limited to Dr. Brandon Forsyth and Cameron Cheyne.

7. Representatives of the Summit County Sherriff Department, including but not limited to Officers Travis Bender and James Banks.

8. Summit County Chief Prosecutor Brad Bloodworth.

9. Representatives of Delta 9 Analytical, including but not limited to Michael Horton, Frank Maurio, Brittany Meggs and Karl Heckert.

10. Representatives of 2 River Labs, Inc., including but not limited to Aaron Stancik.

11. Representatives of Pinnacle Analytics, including but not limited to Dr. Kris Ford.

12. Any witness identified in any witness list (preliminary or final), initial disclosures, or whose identity is ascertained through subsequent discovery in the course of this case.

13. All expert witnesses disclosed in this lawsuit.

14. All witnesses needed to authenticate or otherwise provide a foundation for evidence to be used at trial in this lawsuit.

15. All witnesses necessary for impeachment, rebuttal, or other purposes, the need for which cannot be anticipated prior to trial in this action.

**Exhibit List**

1. Information from Fide Freight's website and other marketing materials.

2. Fide Freight's Shipper Packet Hemp Industry.

3. Industrial Hemp Authorization for DRM with expiration date April 10, 2026.

4. Indiana Hemp License for year 2025, issued to Indy E Cigs.

5. Letter to Law Enforcement, issued by Fide Freight, dated April 10, 2025.

6. Bill of Lading, with expected ship date of May 24, 2025.

7. Invoices for cargo at issue in this litigation, dated May 24, 2025.

8. Certificate(s) of Analysis related to the cargo at issue in this litigation.

9. Seized Evidence Receipt from Utah Highway Patrol, dated May 25, 2025.

10. Police Report related to arrest of Martin Little, dated May 25, 2025.

11. Certificate(s) of Analysis from Utah Department of Agriculture and Food Division of Laboratory Services, issued June 3-4, 2025.

12. Correspondence from Summit County Attorney's Office, dated August 9, 2025.

13. Loss / Damage Claims Form, dated August 12, 2025.

14. Pleadings in criminal proceedings against Martin Little.

15. All discovery responses, answers, admissions, or materials produced by the parties in the course of this lawsuit.

16. Any document received by any party in response to a Non-Party Request for Production of Documents and/or Subpoena in this lawsuit.

17. Transcripts of all depositions in this lawsuit, including all exhibits thereto.

18. Any reports created or materials prepared, reviewed, or relied upon by any expert witness designated by any party in this action.

19. Curriculum vitae and/or resume of any expert witness designated by any party.

20. Documents needed for demonstrative purposes, including diagrams, charts and/or photographs.

21. Documents listed by any party in their Rule 26(a)(1) Initial Disclosures and or Rule 26(a)(3) Exhibit and Witness Lists.

22. Documents needed for impeachment or rebuttal purposes.

23. Any document needed for authentication of other documents.

24. Any document, electronically stored information, and tangible things necessary to refresh recollection of any witness.

25. Relevant documents yet to be discovered or created.

Dated: May 8, 2026

Respectfully submitted,

*/s/ Curtis T. Jones*
Curtis T. Jones (Atty. No. 24967-64)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
cjones@boselaw.com

*Attorney for Plaintiffs, Indy E Cigs LLC, and DRM, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jonathan D. Sundheimer
BARNES & THORNBURG
jsundheimer@btlaw.com

*Attorneys for Defendant, RAW Holdings, LLC, d/b/a Fide Freight*

Amanda M. Daoud
Clifford W. Lauchlan, *Pro Hac Vice*
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
adaoud@scopelitis.com
clauchlan@scopelitis.com

*Attorneys for Defendant, TNV Group, LLC*

*/s/ Curtis T. Jones*
Curtis T. Jones